IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| CASSIE LAJEAN LESLIE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Civil No. 1:17-cv-65-FDW-DSC |
| NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security, | ) ) ) ) |
| Defendant. | ) |

## **ORDER**

Upon stipulation of the parties, it is hereby ordered that Defendant will pay Plaintiff $3,800.00 in attorney's fees in full satisfaction of all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412. The check shall be made payable to Plaintiff and sent to the offices of Plaintiff's counsel, Christopher S. Stepp.

**SO ORDERED**.

Signed: January 29, 2018

David S. Cayer
United States Magistrate Judge